ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ALICIA DORA HERNANDEZ,<br><br>        Debtor.<br>_____<br>CENTRAL MORTGAGE COMPANY, and its successors and/or assignees,<br><br>        Movant,<br><br>vs.<br><br>ALICIA DORA HERNANDEZ, Debtor, and Mohamed Poonja, Trustee,<br><br>        Respondents. | Bankruptcy Case No. 10-56265<br><br>RS No. ETL-263<br><br>Chapter 7<br><br>**CENTRAL MORTGAGE COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: August 25, 2010<br>TIME: 10:30 A.M.<br>CTRM: 3099 |

**TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

        CENTRAL MORTGAGE COMPANY, and its successors and/or assignees ("CENTRAL MORTGAGE COMPANY"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 3296 EAST POWELL COURT, GILBERT, AZ 85297.

1  |  CENTRAL MORTGAGE COMPANY requests relief from stay in the above numbered
2  | Chapter 7 case because there is no equity in the Property to benefit the Debtor or the estate and
3  | Movant's interest is not protected by an adequate equity cushion. The Property is being surrendered as
4  | stated in the Statement of Intentions.
5  |  This Motion is based upon the attached Declaration and the Memorandum of Points and
6  | Authorities attached hereto, as well as upon the documents filed in support of the Motion.
7  | DATED: August 4, 2010

Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ Erica T. Loftis
 ERICA T. LOFTIS
 Attorneys for Movant

MOTION FOR RELIEF
JAL\CMC\70336

2